DAVID J. COHEN, ESQ.
California Bar No. 145748
CHERIE R. BEASLEY, ESQ.
California Bar No. 253019
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Cesar Noe Villa**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR VILLA, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 1:11-CR-00354 LJO <br><br> **ORDER** on Motion to Continue Sentencing <br><br> Date: October 28, 2013 <br> Time: 8:30 a.m. <br> Judge: Lawrence J. O'Neill |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently scheduled on October 28, 2013, be continued to 8:30 a.m. on January 13, 2014.

**IT IS SO ORDERED. IT IS SO ORDERED.**

Dated: __October 8, 2013__          __/s/  Lawrence J. O'Neill__
                                    **UNITED STATES DISTRICT JUDGE**

*U.S. v. Villa, et. al.;*
Case No. 1:11-CR-00354 LJO