# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CESAR NOE VILLA,<br><br>               Defendant. | CASE NO. 1:11-CR-00354-LJO<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br><br>(ECF No. 754) |

On March 6, 2018, Defendant Cesar Noe Villa filed a *pro se* motion to reduce his sentence (ECF No. 754) pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. From the filing date of this Order, the FDO **SHALL** have until **on or before April 10, 2018**, to file a supplement to Defendant's *pro se* Section 3582 Motion **or** to notify the Court that it does not intend to file a supplement to the motion.

The Clerk of Court is DIRECTED to serve FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), with a copy of this order.

IT IS SO ORDERED.

Dated:   __**March 7, 2018**__            _____**/s/ Lawrence J. O'Neill**_____
                                         UNITED STATES CHIEF DISTRICT JUDGE